UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

COUNTRY MUTUAL INSURANCE
COMPANY, Plaintiff,

v. Civil Action No. 3:21-cv-38-DJH-CHL

SMITHFIELD GREEN CONDOMINIUM
COUNCIL, INC., Defendant.

\* \* \* \* \*

## ORDER

All matters having been resolved (*see* Docket No. 12), it is hereby

**ORDERED** that this case is **CLOSED** and **STRICKEN** from the Court's active docket.

April 8, 2021

David J. Hale, Judge
United States District Court

1